JS-6

# UNITED STATES DISTRICT COURT FOR
# THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHOUMIN ZHANG, an individual, | Case No.: No. 2:15-cv-09583 PJW |
| Plaintiff | *[Hon. Patrick J. Walsh]* |
| vs. | **ORDER OF DISMISSAL WITH PREJUDICE BETWEEN COUNTER-CLAIMANT HU & ASSOCIATES, LLC AND COUNTER-DEFENDANT SHOUMIN ZHANG** |
| AMERICAN FRANCHISE REGIONAL CENTER, LLC, a California Limited Liability Company, AMERICANA ONE, LLC, a California Limited Liability Company, EMAX ESCROW, INC., a California Corporation, JOHN DEYONG HU, an Individual, HU & ASSOCIATES, LLC, a California Limited Liability Company, AGNES YEN, an Individual, and Sidney Wang, an Individual | |
| Defendants | Trial Date: 10/28/17 |
| And Related Counterclaims | |

Pursuant to the Joint Stipulation of the parties, and good cause being shown thereby, it is hereby ORDERED that Counter-claimant Hu & Associates, LLC's

1

[PROPOSED] ORDER OF DISMISSAL BETWEEN COUNTER-CLAIMANT HU & ASSOCIATES, LLC AND COUNTER-DEFENDANT SHOUMIN ZHANG

("Counter-claimant") claim for Breach of Contract pursuant to Counter-claimant's First Amended Counterclaims against Counter-defendant Shoumin Zhang ("Counter-defendant") in the above-captioned action be and hereby is dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. Each party shall bear his/her or its own attorneys' fees and costs incurred herein.

Dated: September 18, 2017

_____
Hon. Patrick J. Walsh
Chief U.S. Magistrate Judge